## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL CIGAR MACHINERY COMPANY, *et al.*,<br>    Defendants. | 1:20-mc- 513<br><br>(originally Civil Action No. 111-286) |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of Plaintiff, United States of America, for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Date: November 30, 2020

*[signature: Katherine Polk Failla]*

United States District Court Judge
Southern District of New York